UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Demont White, Jr.,                Civ. No. 24-261 (PAM/JFD)

          Petitioner,

v.

                                                                **ORDER**

Lisa Stenseth, Warden Rush City
Correctional Facility, Minnesota,

          Respondent.

---

This matter is before the Court on Plaintiff's Motion for Leave to Proceed in forma pauperis on appeal. (Docket No. 22.) Under 28 U.S.C. § 1915, this Court may authorize a party to proceed without prepayment of fees, costs, or security, on the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress. Based on a review of the record and the Application, the Court concludes that Plaintiff should be allowed to proceed with his appeal in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's Application to Proceed In Forma Pauperis on Appeal (Docket No. 22) is **GRANTED**.

Dated: November 27, 2024                  *s/ Paul A. Magnuson*
                                                   Paul A. Magnuson
                                                   United States District Court Judge